UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) M.J. No. 25-8183-PGL |
| | ) |
| MICHAEL MAHONEY, | ) |
| | ) |
| Defendant | ) |
| | ) |

MOTION TO UNSEAL COMPLAINT

The United States of America respectfully moves this Court to unseal the Complaint, arrest warrant, and the Complaint Affidavit in the above-captioned matter. As grounds, the government states that defendant has been arrested on April 2, 2025 and sealing is no longer necessary.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney

Dated: April 2, 2025